1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   520 East Wilson Ave., Suite 200
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff DeVry/Becker Educational
   Development Corporation
7

8  J. Curtis Edmondson, P.E. (SBN 236105)
   *jcedmondson@edmolaw.com*
9  Law Offices of J. Curtis Edmondson
   Venture Commerce Center
10 3699 NW John Olsen Place
   Hillsboro, Oregon 97124
11 Telephone:   (503) 336-3749
   Facsimile:    (503) 482-7418
12
   Attorney for Defendants Teodor Brestnichki
13 d/b/a William Camper and Mary Kostov a/k/a Marinela Kostova

14                    UNITED STATES DISTRICT COURT

15                    CENTRAL DISTRICT OF CALIFORNIA

16
17 DeVry/Becker Educational Development  )  Case No.: CV14-3255 AB (RZx)
   Corporation,                          )
                                         )  [~~PROPOSED~~] CONSENT DECREE
18                  Plaintiff,           )  AND PERMANENT INJUNCTION
                                         )
19       vs.                             )
                                         )
20 Christian Hamilton; Teodor Brestnichki)
   d/b/a William Camper; Mary Kostov a/k/a)
21 Marinela Kostova; and Does 4-10,      )
   inclusive,                            )
22                                       )
                                         )
23                  Defendants.          )

24      The Court, having read and considered the Joint Stipulation for Entry of

25 Consent Decree and Permanent Injunction that has been executed by Plaintiff

26 DeVry/Becker Educational Development Corporation ("Plaintiff") and Defendants

27 Teodor Brestnichki d/b/a William Camper ("Brestnichki") and Mary Kostov a/k/a

28

Becker v. C. Hamilton, et al.: [~~Proposed~~] Consent Decree            - 1 -

Marinela Kostova ("Kostov") (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiff is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits A and B attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Properties").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

        ii) Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional

materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the First Amended Complaint against Defendants are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants, for a period of ten (10) years from the date of entry of this Consent Decree and Permanent Injunction on PACER, pursuant to *Kokkonen vs. Guardian Life Insurance Corporation*, 511 U.S. 375 (1994), for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: March 6, 2015

_____
Hon. André Birotte Jr.
United States District Judge

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| TITLE OF WORK | Copyright Registration No. (TX form #): | Copyright Claimant |
|---|---|---|
| Becker Professional Education CPA Exam Review Business 2013 Edition Instructor Version | TX0007815718 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing First Classes 2013 Edition Version A | TX0007815591 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Financial 2013 Edition | TX0007815583 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2013 Edition Version A | TX0007815592 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2013 Edition Version B | TX0007813232 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2013 Edition Version A (Instructor Version) | TX0007813217 | DeVry/Becker Educational Development Corp. |

| | | |
|---|---|---|
| Becker Professional Education CPA Exam Review Financial First Classes 2013 Edition | TX0007813374 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing First Classes 2013 Edition Version B | TX0007813229 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation 2013 Edition (Instructor Version) | TX0007812626 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation 2013 Edition | TX0007812631 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Business 2013 Edition | TX0007812630 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2013 Edition Version B | TX0007812628 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Financial Final Review Review 2013 Edition | TX0007811466 | DeVry/Becker Educational Development Corp. |

| | | |
|---|---|---|
| Becker Professional Education CPA Exam Review Auditing Final Review 2013 Edition Version A | TX0007811483 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Business 2012 Edition | TX0007490738 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Financial 2012 Edition | TX0007611776 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2012 Edition | TX0007490244 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation 2012 Edition | TX0007492083 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Business 2012 Edition | TX0007490738 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review First Classes 2012 Edition | TX0007491984 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Financial PassMaster Data Disc for International Students 2012 Edition | TX0007503877 | DeVry/Becker Educational Development Corp. |

| | | |
|---|---|---|
| Becker Professional Education CPA Exam Review Auditing PassMaster Data Disc for International Students 2012 Edition | TX0007489629 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation PassMaster Data Disc for International Students 2012 Edition | TX0007547624 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Financial Final Review Notes and Disc 2012 Edition [Textbook] | TX0007594668 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing Final Review Notes and Disc 2012 Edition [Textbook] | TX0007491993 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Regulation Final Review Notes and Disc 2012 Edition [Textbook] | TX0007597114 | DeVry/Becker Educational Development Corp. |

| Title | Registration No. | Owner |
|---|---|---|
| Becker Professional Education CPA Exam Review Business Final Review Notes and Disc 2012 Edition [Textbook] | TX0007489151 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review StartUp Disc Final Review Single Activation 2012 Edition | TX0007585049 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Flashcards 2012 Edition | TX0007504085 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education Financial 1 Instructor J-Notes 2012 Edition | TX0007507997 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Financial 2012 Edition | TX0007490267 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Auditing 2012 Edition | TX0007491995 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Instructor Version Regulation 2012 Edition | TX0007490581 | DeVry/Becker Educational Development Corp. |

Case 2:14-cv-03255-AB-RZ   Document 49   Filed 03/06/15   Page 10 of 12   Page ID #:431

| | | |
|---|---|---|
| Becker Professional Education CPA Exam Review Instructor Version Business 2012 Edition | TX0007488360 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition Final Review Startup Disc, et al. | TX0007408811 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition Financial, et al. | TX0007411045 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review Auditing 2012 Edition. | TX0007490244 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition Flashcards CPA Review. | TX0007421717 | DeVry/Becker Educational Development Corp. |
| Becker Professional Education CPA Exam Review 2011 Edition First Classes. | TX0007420245 | DeVry/Becker Educational Development Corp. |
| Becker CPA Review 2009 Lecture Notes Business. | TX0007355913 | DeVry/Becker Educational Development Corp. |

Becker v. C. Hamilton, et al.: [Proposed] Consent Decree        - 10 -

# EXHIBIT B

# TRADEMARK REGISTRATIONS

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3823222 | Becker Navigator | DeVry/Becker Educational Development Corp. |
| 3792821 | The Becker Promise | DeVry/Becker Educational Development Corp. |
| 3797392 | ![Becker Professional Education logo] | DeVry/Becker Educational Development Corp. |
| 3804616 | ![Becker Professional Education logo - color] | DeVry/Becker Educational Development Corp. |
| 3797284 | Becker Professional Education | DeVry/Becker Educational Development Corp. |
| 3602482 | Fastpass | DeVry/Becker Educational Development Corp. |
| 3601875 | Becker Fastpass | DeVry/Becker Educational Development Corp. |
| 2752526 | Stalla | DeVry/Becker Educational Development Corp. |
| 3514613 | Passmaster | DeVry/Becker Educational Development Corp. |

| | | |
|---|---|---|
| 3275703 | Succeed With The System | DeVry/Becker Educational Development Corp. |
| 2975330 | Person/Wolinsky CPA Review Courses | DeVry/Becker Educational Development Corp. |
| 3105549 | Person/Wolinsky CPA | DeVry/Becker Educational Development Corp. |
| 2498764 | Becker | DeVry/Becker Educational Development Corp. |
| 2324384 | Prepare To Succeed | DeVry/Becker Educational Development Corp. |
| 2210555 | Passmaster | DeVry/Becker Educational Development Corp. |
| 2156555 | Becker CPA Review | DeVry/Becker Educational Development Corp. |
| 2160247 | Becker | DeVry/Becker Educational Development Corp. |